# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE MCMULLEN, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>SYNCHRONY BANK, f/k/a GE CAPITAL RETAIL BANK, d/b/a/ CARECREDIT; JPMORGAN CHASE & CO., d/b/a CHASE HEALTH ADVANCE; WAYNE BULLEN; KARIM STEWARD; ONE WORLD FITNESS; BULLEN WELLNESS; WASHINGTON CHIROPRACTIC; JOHN DOES 1-10; and CORPORATIONS A-Z,<br><br>      Defendants. | Civ. No.: 1:14-cv-01983-JDB<br><br>Honorable Judge John D. Bates |

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT SYNCHRONY BANK

  Please enter the appearance of Gregory T. Jaeger of Stroock & Stroock & Lavan LLP as counsel for Defendant Synchrony Bank in the above-captioned matter.

Dated:  December 9, 2014

            Respectfully submitted,

            /s/ Gregory T. Jaeger
            Gregory T. Jaeger
            (D.C. Bar No. 425169)
            **STROOCK & STROOCK & LAVAN LLP**
            1875 K Street NW, Suite 800
            Washington, DC  20006
            Telephone:  (202) 739-2820
            Fax: (202)739-2895
            E-mail: gjaeger@stroock.com

            *Counsel for Defendant Synchrony Bank*

-2-

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served by the Court's CM/ECF system on December 9, 2014, to all parties in this case:

Brendan J. Klaproth
Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001
E-mail: Bklaproth@klaprothlaw.com
*Counsel for Plaintiff Valerie McMullen*

Robert D. Wick
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
E-mail: rwick@cov.com
*Counsel for JPMorgan Chase & Co.*

H. Jeffrey Ziegler
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208
E-mail: JZ@weinstocklegal.com
*Counsel for Defendants Bullen Wellness,*
*Wayne Bullen, and Washington Chiropractic*

Kenneth Rosenau
Rosenau LLP
1304 Rhode Island Avenue NW
Washington, DC 20005
E-mail: Kenneth.rosenau@rosenaulaw.com
*Counsel for Defendants Steward and*
*One World Fitness*

                                                /s/ Gregory T. Jaeger
                                                Gregory T. Jaeger