# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE MCMULLEN, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>SYNCHRONY BANK, f/k/a GE CAPITAL RETAIL BANK, d/b/a/ CARECREDIT; JPMORGAN CHASE & CO., d/b/a CHASE HEALTH ADVANCE; WAYNE BULLEN; KARIM STEWARD; ONE WORLD FITNESS; BULLEN WELLNESS; WASHINGTON CHIROPRACTIC; JOHN DOES 1-10; and CORPORATIONS A-Z,<br><br>      Defendants. | Civil Action No.  1:14-cv-01983-JDB |

## CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO LCvR 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and LCvR 7.1, I, the undersigned, counsel of record for defendant Synchrony Bank, certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Synchrony Bank which have any outstanding securities in the hands of the public:

  1.  Synchrony Bank, formerly known as GE Capital Retail Bank, is not a publicly held corporation or other publicly held entity.

  2.  Synchrony Bank is a wholly owned subsidiary of Synchrony Financial, which is a partially owned subsidiary of GE Consumer Finance, Inc., which is a wholly owned subsidiary of General Electric Capital Corporation, which is a wholly owned subsidiary of General Electric Company.

-2-

3. Synchrony Financial is a publicly traded corporation of which no shareholder other than GE Consumer Finance, Inc., owns ten (10) percent or more of its publicly traded shares.

4. CareCredit, LLC is a wholly owned subsidiary of Synchrony Financial.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Dated:  January 8, 2015          /s/ Gregory T. Jaeger

Gregory T. Jaeger
(D.C. Bar No. 425169)
**STROOCK & STROOCK & LAVAN LLP**
1875 K Street, NW
Washington, DC  20006
Telephone:  (202) 739-2820
Email: gjaeger@stroock.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served by the Court's CM/ECF system on January 8, 2015, to the following counsel of record:

Brendan J. Klaproth
Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001
E-mail: Bklaproth@klaprothlaw.com
*Counsel for Plaintiff Valerie McMullen*

Robert D. Wick
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
E-mail: rwick@cov.com
*Counsel for JPMorgan Chase & Co.*

      I FURTHER HEREBY CERTIFY that a true and correct copy of the foregoing was served via USPS mail on January 8, 2015, to the following counsel of record:

H. Jeffrey Ziegler
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208
E-mail: JZ@weinstocklegal.com
*Counsel for Defendants Bullen Wellness,*
*Wayne Bullen, and Washington Chiropractic*

Karim Steward
5290 Sands Road
Lothian, MD 20711

Karim Steward
6010 Holton Lane
Temple Hills, MD 20748

One World Fitness
1738 14th Street NW
Washington, DC 20009

                                                /s/ Gregory T. Jaeger
                                                Gregory T. Jaeger