# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE MCMULLEN, individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SYNCHRONY BANK, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 1:14-cv-01983-JDB<br><br>Judge John D. Bates |

## [PROPOSED]
## ORDER GRANTING DEFENDANT JPMORGAN CHASE'S MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

Upon consideration of Defendant JPMorgan Chase's ("Chase") Motion for Leave to File a Surreply in Opposition to Plaintiff's Motion to Remand, and for good cause shown, it is hereby

**ORDERED** that Defendant Chase's Motion for Leave to File Surreply is hereby **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Chase shall upon entry of this Order file its surreply attached as Exhibit A to its Motion on the electronic docket.

　　**SO ORDERED.**


Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to:
Brendan Klaproth
Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001
(202) 618-2344
*Counsel for Plaintiff*

Robert D. Wick
Eric C. Bosset
Covington & Burling LLP
One CityCenter
850 10th Street N.W.
Washington, DC 20001
(202) 662-6000
*Counsel for JPMorgan Chase & Co.*

Gregory Thomas Jaeger
Julia B. Strickland
Marcos D. Sasso
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067-3086
*Counsel for Defendant Synchrony Bank*

H. Jeffrey Ziegler
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208
*Counsel for Defendants Bullen Wellness,*
*Wayne Bullen, Washington Chiropractic*

Karim Steward
5290 Sands Road
Lothian, MD 20711

Karim Steward
6010 Holton Lane
Temple Hills, MD 20748

One World Fitness
1738 14th Street NW
Washington, DC 20009
*Defendants*