IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALERIE MCMULLEN, individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SYNCHRONY BANK, *et al.*,<br><br>　　　　　　　Defendants. | Case No.:  1:14-cv-01983-JDB<br><br>Judge John D. Bates |

### DEFENDANT JPMORGAN CHASE & CO.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant JPMorgan Chase & Co. ("Chase") moves to dismiss all of the claims asserted against it in the First Amended Class Action Complaint (the "Amended Complaint") (ECF No. 1-2).[1] As fully explained in the accompanying memorandum of points and authorities, the Amended Complaint fails to state a claim against Chase for the following reasons:

- The Amended Complaint fails to satisfy the heightened pleading requirements of Rule 9(b);

- Count I of the Amended Complaint fails to state a claim that Chase violated the D.C. Consumer Protection Procedures Act;

- Count III of the Amended Complaint fails to state a claim for fraud against Chase;

---

[1] On September 8, 2015, this Court denied Plaintiff's motion to remand.  (ECF No. 55.) The operative scheduling orders (*see* minute orders dated Dec. 1, 2014 and Dec. 9, 2014) allowed Chase thirty days from this Court's jurisdictional ruling to respond to the Amended Complaint.

- 1 -

- Count III of the Amended Complaint fails to state a claim for conspiracy to commit fraud against Chase;

- Count VII of the Amended Complaint fails to state a punitive damages claim against Chase.

Accordingly, Chase respectfully requests that this Court dismiss all claims asserted against Chase in the Amended Complaint and dismiss Chase as a defendant from this action. A proposed order is attached.

DATED: September 23, 2015.

Respectfully submitted,

 s/ Andrew Soukup
Robert D. Wick
Eric C. Bosset
Andrew Soukup
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001

*Counsel for Defendant JPMorgan Chase & Co.*