**IN THE UNITED STATES DISTRICT COURT**
**OF THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VALERIE MCMULLEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14-1983-JDB |
| ) | |
| SYNCHRONY BANK, *et. al.* ) | |
| ) | |
| Defendants. ) | |

## SUGGESTION OF BANKRUPTCY

Defendant Karim Steward, by and through undersigned counsel, hereby files this notice that a Chapter 7 Bankruptcy petition was filed on Mr. Steward's behalf on September 14, 2016, before the U.S. Bankruptcy Court for the District of Columbia, case no. 16-00479. Pursuant to 11 U.S.C. 362, an automatic stay is in effect in which any pending legal proceedings involving Mr. Steward are stayed.

Respectfully submitted,

   /s/ Patrick C. Horrell
Patrick C. Horrell, Esq.
DCBN # 996974
Rosenau LLP
1801 18th St., N.W., Suite # 9
Washington, DC 20009
(202) 387-8680 (Office)
(202) 387-8682 (Fax)
Patrick.Horrell@rosenaulaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2016, a copy of the foregoing Suggestion of Bankruptcy was filed by e-filing, and served on the following parties: Brendan Klaproth, Esq. (Attorney for Plaintiff); Robert Wick, Esq. and Eric Bosset, Esq. (Attorneys for Defendant JP Morgan Chase & Co.); Brenda S. Everman and Marcos Sassos, Esq. (Attorneys for Defendant Synchronoy Bank); Sidney S. Friedman, Esq. (Attorney for Bullen Defendants).

                                                            /s/ Patrick C. Horrell
                                                            Patrick C. Horrell, Esq.